UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL CORKER,

    Plaintiff,

v.                                          Case No. 4:19cv471-WS-HTC

RONDA HARRISON-SPOERL,
RED HILLS PYSCH. ASSOCS., LLC,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's failure to comply with this Court's orders or prosecute this action. For the reasons set forth below, the undersigned recommends the case be dismissed without prejudice.

On September 25, 2019, Plaintiff initiated this action by filing a *pro se* complaint (ECF Doc. 1), under 42 U.S.C. § 1983, and a motion to proceed *in forma pauperis* (ECF Doc. 2). Neither the complaint nor the motion to proceed *in forma pauperis* were on this Court's required forms. On October 1, 2019, the Court denied Plaintiff's motion to proceed *in forma pauperis* without prejudice and ordered Plaintiff to file an amended complaint and a complete application to proceed *in forma pauperis* on the proper Court forms within thirty (30) days. ECF Doc. 4. The Court warned that Plaintiff's failure to comply with the Court's order could result in

a recommendation that Plaintiff's case be dismissed. *Id.* Plaintiff did not respond to the Court's October 1 Order, and, on November 5, 2019, the Court entered a show cause order giving Plaintiff an additional fourteen (14) days to comply with the Court's prior order. ECF Doc. 5.

On November 20, 2019, Plaintiff filed a notice of a change of address, so the Court, as a courtesy, resent the November 5 Order to Plaintiff's updated address on November 27. ECF Docs. 7, 9. More than twenty (20) days have passed since the Court resent the November 5 Order to Plaintiff, and more than eight (80) days has passed since the Court first directed Plaintiff to file an amended complaint and motion to proceed *in forma pauperis*. Still, Plaintiff has not complied with the October 1 Order nor responded to the November 5 Order to Show Cause.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 23rd day of December, 2019.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 4:19cv471-WS-HTC